AO 241
(Rev. 12/04)                                                                                          Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Northern District of California |
|---|---|

| Name (under which you were convicted): <br> Timothy Wayne Smith | Docket of Case No.: |
|---|---|

| Place of Confinement : <br> Pleasant Valley State Prison | Prisoner No.: <br> C-71549 |
|---|---|

RMW
(PR)

| Petitioner (include the name under which you were convicted) | | Respondent (authorized person having custody of petitioner) |
|---|---|---|
| Timothy Wayne Smith | v. | James Yates |

| The Attorney General of the State of California |
|---|


### PETITION


1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    Santa Clara County Superior Court
    San Jose, California

    (b) Criminal docket or case number (if you know):     CC597977

2.  (a) Date of the judgment of conviction (if you know):  3/1/2006

    (b) Date of sentencing:     6/23/2006

3.  Length of sentence:     80 years to life

4.  In this case, were you convicted on more than one count or of more than one crime?     ☑ Yes     ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:

    Robbery
    Burglary
    Dissuading a witness


6.  (a) What was your plea? (Check one)

    ☑ (1)   Not guilty        ☐ (3)   Nolo contendere (no contest)

    ☐ (2)   Guilty            ☐ (4)   Insanity plea

AO 241
(Rev. 12/04)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes   ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes   ☐ No

9. If you did appeal, answer the following:

(a) Name of court:    Sixth District Court of Appeal

(b) Docket or case number (if you know):    H030362

(c) Result:    Affirmed

(d) Date of result (if you know):    9/4/2007

(e) Citation to the case (if you know):

(f) Grounds raised:
See Attachment A

(g) Did you seek further review by a higher state court?    ☑ Yes   ☐ No

If yes, answer the following:

(1) Name of court:    California Supreme Court

(2) Docket or case number (if you know):    S156967

(3) Result:
Affirmed

(4) Date of result (if you know):    11/14/2007

AO 241
(Rev. 12/04)

(5) Citation to the case (if you know):

(6) Grounds raised:
   See Attachment A

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.  Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?   ☑ Yes   ☐ No

11.  If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court:     Sixth District Court of Appeal

(2) Docket or case number (if you know):     H031521

(3) Date of filing (if you know):     5/7/2007; 07/25/2007 (supplemental petition)

(4) Nature of the proceeding:     Habeas Corpus Petition

(5) Grounds raised:
   See Attachment B

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result:   Affirmed

(8) Date of result (if you know):     9/4/2007

AO 241
(Rev. 12/04)

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐   Yes   ☐  No

    (7) Result:

    (8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

AO 241
(Rev. 12/04)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes     ☐ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:    ☑ Yes     ☐ No

(2) Second petition:  ☐ Yes     ☐ No

(3) Third petition:   ☐ Yes     ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
       laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
       supporting each ground.

       CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court
       remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the
       grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**
   Denial of due process under the Fifth and Fourteenth Amendments to the federal Constitution since a
   government witness testified that the defendant was homeless.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
   See Attachment C, pp. 10-15

(b) If you did not exhaust your state remedies on Ground One, explain why:

AO 241
(Rev. 12/04)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241
(Rev. 12/04)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:

**GROUND TWO:**
Denial of due process under the Fifth and Fourteenth Amendments to the federal Constitution insofar as defendant was subjected to a suggestive identification procedure.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Attachment C, pp. 15-23

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

AO 241
(Rev. 12/04)

Result (attach a copy of the court's opinion or order, if available):

| | | | | |
|---|---|---|---|---|
| (3) Did you receive a hearing on your motion or petition? | ☐ | Yes | ☐ | No |
| (4) Did you appeal from the denial of your motion or petition? | ☐ | Yes | ☐ | No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ☐ | Yes | ☐ | No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Two

**GROUND THREE:**
Denial of Effective Assistance of Counsel under the Sixth and Fourteenth Amendments due to trial counsel's
failure to introduce exculpatory evidence on the issue of identification.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Attachment D, pp. 9-18

AO 241
(Rev. 12/04)

(b) If you did not exhaust your state remedies on Ground Three, explain why?

(c)  **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)  **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:      Habeas Corpus Petition

Name and location of the court where the motion or petition was filed:

Sixth District Court of Appeal
San Jose, California

Docket or case number (if you know):      H031521

Date of the court's decision:      9/4/2007

Result (attach a copy of the court's opinion or order, if available):

Denied. See Attachment E

(3) Did you receive a hearing on your motion or petition?      ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?      ☑ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
California Supreme Court
San Francisco, CA

Docket or case number (if you know):      S156964

Date of the court's decision:      11/28/2007

Result (attach a copy of the court's opinion or order, if available):

Denied. See Attachment F

AO 241
(Rev. 12/04)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:**
Denial of the Effective Assistance of counsel under the Sixth and Fourteenth Amendments due to trial counsel's
failure to request an admonition that the stricken testimony of Officer Kirby was not to be considered as
evidence establishing defendant's motive to steal
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Attachment D, pp. 18-23

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐  Yes    ☑  No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings**:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑  Yes    ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    Habeas Corpus Petition

AO 241
(Rev. 12/04)

Name and location of the court where the motion or petition was filed:

Sixth District Court of Appeal
San Jose, California

Docket or case number (if you know):    H031521

Date of the court's decision:    9/4/2007

Result (attach a copy of the court's opinion or order, if available):

Denied.  See Attachment E

(3) Did you receive a hearing on your motion or petition?                                   ☐  Yes       ☑  No

(4) Did you appeal from the denial of your motion or petition?                           ☑  Yes       ☐  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑  Yes       ☐  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

California Supreme Court
San Francisco, CA

Docket or case number (if you know):    S156964

Date of the court's decision:    11/28/2007

Result (attach a copy of the court's opinion or order, if available):

Denied.  See Attachment F

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four:

AO 241
(Rev. 12/04)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three:

**GROUND FIVE :**

Denial of the effective assistance of counsel under the Sixth and Fourteenth Amendments to the federal
Constitution due to trial counsel's failure to seek exclusion of Mr. Gonzalez' In-Court Identification of Defendant
at trial.
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Attachment D, pp. 23-31

(b) If you did not exhaust your state remedies on Ground **Five** explain why:

(c)    **Direct Appeal of Ground Five:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings**:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    Habeas Corpus Petition

AO 241
(Rev. 12/04)

Name and location of the court where the motion or petition was filed:

Sixth District Court of Appeal
San Jose, CA

Docket or case number (if you know):    H031521

Date of the court's decision:    9/4/2007

Result (attach a copy of the court's opinion or order, if available):

Denied.  See Attachment E

(3) Did you receive a hearing on your motion or petition?       ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☑ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☑ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

California Supreme Court
San Francisco, CA

Docket or case number (if you know):    S156964

Date of the court's decision:    11/28/2007

Result (attach a copy of the court's opinion or order, if available):

Denied.  See Attachment F

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

AO 241
(Rev. 12/04)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three:

**GROUND SIX:**
Denial of due process under the Fifth and Fourteenth Amendments due to the cumulative prejudice flowing from the errors raised on direct appeal and habeas corpus.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Attachment C, pp. 23-24; Attachment D, pp. 31-32

(b) If you did not exhaust your state remedies on Ground **Six,** explain why:

(c)    **Direct Appeal of Ground Six:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings**:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:     Habeas Corpus Petition

AO 241
(Rev. 12/04)

Name and location of the court where the motion or petition was filed:

Sixth District Court of Appeal
San Jose, CA

Docket or case number (if you know):    H031521

Date of the court's decision:    9/4/2007

Result (attach a copy of the court's opinion or order, if available):

Denied. See Attachment E

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☑ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☑ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

California Supreme Court
San Francisco, CA

Docket or case number (if you know):    S156964

Date of the court's decision:    11/28/2007

Result (attach a copy of the court's opinion or order, if available):

Denied. See Attachment F

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Four:

AO 241
(Rev. 12/04)

13.    Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

        having jurisdiction?   ☑ Yes    ☐ No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

        presenting them:

    (b)    Is there any ground in this petition that has not been presented in some state or federal court? If so,

        ground or grounds have not been presented, and state your reasons for not presenting them:

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

    that you challenge in this petition?     ☐ Yes   ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

    raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy

    of any court opinion or order, if available.

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

    the judgment you are challenging?     ☐ Yes   ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the

    raised.

AO 241
(Rev. 12/04)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:


(b) At arraignment and plea:


(c) At trial:
    Andrew Gutierrez
    120 W. Mission St., San Jose, CA 95110

(d) At sentencing:
    Same as above

(e) On appeal:
    Dallas Sacher
    100 N. Winchester Blvd., Ste. 310, Santa Clara, CA 95050

(f) In any post-conviction proceeding:
    Same as above

(g) On appeal from any ruling against you in a post-conviction proceeding:

    Same as above


17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?      ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:




(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?      ☐ Yes   ☐ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241
(Rev. 12/04)

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.  § 2244(d) provides in

part that:

 (1)  A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
     custody  pursuant to the judgment of a State court. The limitation period shall run from the latest of -

    (A)  the date on which the judgment became final by the conclusion of direct review or the expiration
       of the time for seeking such review;

    (B)  the date on which the impediment to filing an application created by State action in violation of
       the Constitution or laws of the United States is removed, if the applicant was prevented from
       filing by such state action;

    (C)  the date on which the constitutional right asserted was initially recognized by the Supreme
       Court, if the right has been newly recognized by the Supreme Court and made retroactively
       applicable to cases on collateral review; or

    (D)  the date on which the factual predicate of the claim or claims presented could have been
       discovered through the exercise of due diligence.

AO 241
(Rev. 12/04)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on    *12-11-07*    (month, date, year).

Executed (signed) on    *12-11-07*    (date).

*Timothy Wayne Smith*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

IN FORMA PAUPERIS DECLARATION

_____

[insert appropriate court]

* * * * *

## Attachment A

1.  Denial of Due Process Under The Fifth and Fourteenth Amendments To The Federal Constitution Since A Government Witness Testified That The Defendant Was Homeless.

2.  Denial of Due Process Under The Fifth and Fourteenth Amendments To The Federal Constitution Insofar As Defendant Was Subjected To A Suggestive Identification Procedure.

3.  Denial of Due Process Under The Fifth and Fourteenth Amendments To The Federal Constitution Due To The Cumulative Prejudice Flowing From The Two Errors Committed at Trial.

## Attachment B

1.  Denial of the Effective Assistance Of Counsel Under the Sixth and Fourteenth Amendments Due to Trial Counsel's Failure To Introduce Exculpatory Evidence On The Issue of Identification.

2.  Denial of the Effective Assistance Of Counsel Under the Sixth and Fourteenth Amendments Due To Trial Counsel's Failure To Request an Admonition That The Stricken Testimony Of Officer Kirby Was Not To Be Considered As Evidence Establishing Defendant's Motive to Steal.

3.  Denial of the Effective Assistance of Counsel Under the Sixth and Fourteenth Amendments Due To Trial Counsel's Failure To Seek Exclusion of Mr. Gonzalez' In-Court Identification of Defendant At Trial.

4.  Denial of Due Process Under The Fifth and Fourteenth Amendments, Due To The Cumulative Prejudice Flowing From All of the Errors Identified on Both Appeal and Habeas Corpus.

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)  PLAINTIFFS

Timothy Wayne Smith

**DEFENDANTS**

James Yates

**(b)** County of Residence of First Listed Plaintiff    Fresno
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Fresno
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Pro Per, C-71549, B-2-249U
P.O. Box 8502, Coalinga, CA 93210-8502

Attorneys (If Known)

Attorney General's Office, 455 Golden Gate Ave., Suite 11,000
San Francisco, CA 94102-7004

## II. BASIS OF JURISDICTION     (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT     (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med. Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☒ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN     (Place an "X" in One Box Only)

☒ 1  Original Proceeding

☐ 2  Removed from State Court

☐ 3  Remanded from Appellate Court

☐ 4  Reinstated or Reopened

☐ 5  Transferred from another district (specify)

☐ 6  Multidistrict Litigation

☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. section 2254

Brief description of cause:
Habeas corpus by state prisoner

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE    12-11-07

SIGNATURE OF ATTORNEY OF RECORD    *Timothy W Smith*

FOR OFFICE USE ONLY

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____