

Timothy W. Smith
71549
Box 8...
DALING... 9310

DEC 21 2007

District Court
450 Golden Gate Ave
Box 36060
San Francisco, Calif 94102