FILED
08 JAN -2 PM 1:26

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY WAYNE SMITH )
 )
              Plaintiff, ) CASE NO. C 08 0007
 )
    vs. ) PRISONER'S RMW
 ) APPLICATION TO PROCEED
JAMES YATES ) IN FORMA PAUPERIS (PR)
 )
              Defendant. )
 )

I, **Timothy Wayne Smith**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ☐ No ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____I recieved Social Security Insurance._____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or            Yes ☐  No ☒
10            self employment
11      b.    Income from stocks, bonds,         Yes ☐  No ☒
12            or royalties?
13      c.    Rent payments?                     Yes ☐  No ☒
14      d.    Pensions, annuities, or            Yes ☐  No ☒
15            life insurance payments?
16      e.    Federal or State welfare payments, Yes ☐  No ☒
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                       Yes ☐  No ☒
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

- 2 -

1      b.    List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5      _____ N/A _____
6      _____
7  5.    Do you own or are you buying a home?    Yes ☐  No ☒
8  Estimated Market Value: $ N/A   Amount of Mortgage: $ N/A
9  6.    Do you own an automobile?    Yes ☐  No ☒
10  Make N/A     Year N/A     Model N/A
11  Is it financed? Yes ☐  No ☒  If so, Total due: $ N/A
12  Monthly Payment: $ N/A
13  7.    Do you have a bank account? Yes ☐  No ☒  (Do not include account numbers.)
14  Name(s) and address(es) of bank: N/A
15  _____
16  Present balance(s): $ N/A
17  Do you own any cash? Yes ☐  No ☒  Amount: $ N/A
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)  Yes ☐  No ☒
20  _____
21  8.    What are your monthly expenses?
22  Rent: $ N/A     Utilities: N/A
23  Food: $ N/A     Clothing: N/A
24  Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
| N/A | $ N/A | $ N/A |
|  | $ | $ |
|  | $ | $ |

- 3 -

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _Court Fines and Restitution_
4  _$11,000_
5
6  10. Does the complaint which you are seeking to file raise claims that have been presented
7  in other lawsuits?  Yes ☐  No ☒
8  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
9  which they were filed.
10 _N/A_
11 _____
12     I consent to prison officials withdrawing from my trust account and paying to the court
13 the initial partial filing fee and all installment payments required by the court.
14     I declare under the penalty of perjury that the foregoing is true and correct and
15 understand that a false statement herein may result in the dismissal of my claims.
16
17 _12/11/07_                    _Timothy Wayne Smith_
      DATE                       SIGNATURE OF APPLICANT
18
19
20                            **Case Number:** _____

- 4 -