Timothy Smith
C-71549
B-2-249U
P.O. Box 8502
Coalinga, CA 93210-8502



In Pro Per

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY WAYNE SMITH,**<br><br>Petitioner,<br>v.<br><br>**JAMES YATES,**<br><br>Respondent. | No.<br><br>MOTION FOR APPOINTMENT OF COUNSEL PURSUANT TO 18 U.S.C. SECTION 3006(a)(2)(B) |

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to 18 U.S.C. section 3006(a)(2)(B), petitioner respectfully applies for the appointment of counsel. This application is supported by the attached declaration of Timothy Wayne Smith and the financial form which has been submitted with my petition for writ of habeas corpus..

Dated: December //, 2007            Respectfully submitted,

*Timothy Wayne Smith*
Timothy Wayne Smith
Petitioner in pro per

## DECLARATION OF TIMOTHY WAYNE SMITH

I am the petitioner in *Smith v. Yates*. I am a layperson and am completely unschooled in the law. In my opinion, there are meritorious grounds stated in my petition. However, due to my lack of knowledge of legal principles, I am unable to skillfully present my case. Thus, I am in need of legal counsel.

In addition, I would note that it is likely that an evidentiary hearing will be necessary in this case since the state court did not hold one. Thus, I would respectfully request that the Office of the Federal Public Defender be appointed to represent me in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11 day of December, 2007, at Coalinga, California.

*Timothy Wayne Smith*
Timonty Wayne Smith