1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | ARTHUR P. BEEVER
Deputy Attorney General
6 | State Bar No. 242040
  455 Golden Gate Avenue, Suite 11000
7 | San Francisco, CA 94102-7004
  Telephone: (415) 703-5865
8 | Fax: (415) 703-1234
  Email: arthur.beever@doj.ca.gov
9 | Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **TIMOTHY WAYNE SMITH,** | C 08-0007 RMW (PR) |
| Petitioner, | **APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **JAMES YATES, Warden,** | |
| Respondent. | |

Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-day extension of time from today's date until August 27, 2008, in which to file a response to the petition for writ of habeas corpus. Good cause for the extension is set forth in the accompanying declaration of counsel. We have not attempted to contact petitioner, who is an incarcerated state prisoner representing himself in this case.

WHEREFORE, respondent respectfully requests that this Court grant an extension of time to and including August 27, 2008, in which to file the answer or other responsive pleading.

1  Dated: June 30, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
Attorney General of the State of California

4  DANE R. GILLETTE
Chief Assistant Attorney General

5  GERALD A. ENGLER
Senior Assistant Attorney General

6  PEGGY S. RUFFRA
Supervising Deputy Attorney General

9  /s/ Arthur P. Beever
ARTHUR P. BEEVER
Deputy Attorney General

Attorneys for Respondent

App. for Ext. of Time to File Response - C 08-0007 RMW (PR)

2

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Smith v. Yates**

No.:   **C 08-0007 RMW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>June 30, 2008</u>, I served the attached

**APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE**

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE**

**ORDER GRANTING FIRST EXTENSION OF TIME TO FILE RESPONSE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Timothy Wayne Smith
C-71549
Pleasant Valley State Prison
B-2-249U
P. O. Box 8502
Coalinga, CA  93210-8502

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 30, 2008, at San Francisco, California.

|  M. Argarin  |  /s/ M. Argarin  |
| :---: | :---: |
| Declarant | Signature |

20119158.wpd