1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ARTHUR P. BEEVER
   Deputy Attorney General
6  State Bar No. 242040
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5865
8    Fax: (415) 703-1234
     Email: arthur.beever@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

| | |
|---|---|
| **TIMOTHY WAYNE SMITH,** | C 08-0007 RMW (PR) |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **JAMES YATES, Warden,** | |
| Respondent. | |

19      I, Arthur P. Beever, declare under penalty of perjury as follows:

20      1.  I am a Deputy Attorney General for the State of California and am assigned to

21  represent respondent in this habeas corpus case.

22      2.  On April 28, 2008, this Court issued an Order to Show Cause why the petition for a

23  writ of habeas corpus should not be granted. The California Attorney General's Office in San

24  Francisco docketed the order on May 20, 2008.

25      3.  The Deputy Attorney General who was assigned to represent respondent in the state

26  courts, David Baskind, is currently offline working on a capital case. I am unfamiliar with the case.

27  I have ordered the state court record from our archives, but have not yet have received it. However,

28  I am presently unable to begin working on this case because I am preparing the response in *Lowe*

Dec. of Counsel in Support of App. for Ext. of Time to File Response - C 08-0007 RMW (PR)

1

1  *v. Walker* (C 08-005). In the past 60 days, I filed supplemental briefing requested by the California
2  Court of Appeal in *People v. Ray* (A115103), appeared for oral argument in *People v. Leal*
3  (H030415) and *People v. Ray* (A115103), and filed the Respondent's Brief on the Merits in the
4  California Supreme Court case of *People v. Stevens* (S158852). I have five other previously
5  assigned cases. Once I have completed working on those cases, I will devote substantially all of my
6  time to working on this case.

7      4. I have not attempted to contact petitioner because he is an incarcerated state prisoner
8  who is representing himself in this case.

9      5. Accordingly, I respectfully request that this Court grant an extension of time to and
10  including August 27, 2008, in which to file a response to the order to show cause.

12  Dated: June 30, 2008

13  Respectfully submitted,

14  EDMUND G. BROWN JR.
    Attorney General of the State of California

15  DANE R. GILLETTE
    Chief Assistant Attorney General

16  GERALD A. ENGLER
17  Senior Assistant Attorney General

    PEGGY S. RUFFRA
18  Supervising Deputy Attorney General

20  /s/ Arthur P. Beever
    ARTHUR P. BEEVER
21  Deputy Attorney General

    Attorneys for Respondent

Dec. of Counsel in Support of App. for Ext. of Time to File Response - C 08-0007 RMW (PR)
2