IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **TIMOTHY WAYNE SMITH,** | C 08-0007 RMW (PR) |
| Petitioner, | **ORDER GRANTING FIRST EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **JAMES YATES, Warden** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including August 27, 2008, to file a response to the petition for writ of habeas corpus.

DATED: _____

_____
RONALD M. WHYTE
United States District Judge