*E-FILED - 7/24/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **TIMOTHY WAYNE SMITH,** <br><br> Petitioner, <br><br> v. <br><br> **JAMES YATES, Warden** <br><br> Respondent. | C 08-0007 RMW (PR) <br><br> **ORDER GRANTING FIRST EXTENSION OF TIME TO FILE RESPONSE** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including August 27, 2008, to file a response to the petition for writ of habeas corpus.

DATED: 7/24/08

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge