1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ARTHUR P. BEEVER
   Deputy Attorney General
6  State Bar No. 242040
      455 Golden Gate Avenue, Suite 11000
7     San Francisco, CA 94102-7004
      Telephone: (415) 703-5865
8     Fax: (415) 703-1234
      Email: arthur.beever@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13

| | |
|---|---|
| **TIMOTHY WAYNE SMITH,** | C 08-0007 RMW (PR) |
| Petitioner, | **APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |
| **v.** | |
| **JAMES YATES, Warden,** | |
| Respondent. | |

19         Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-day

20  extension of time from today's date until October 26, 2008, in which to file a response to the petition

21  for writ of habeas corpus.  Good cause for the extension is set forth in the accompanying declaration

22  of counsel.  We have not attempted to contact petitioner, who is an incarcerated state prisoner

23  representing himself in this case.

24         WHEREFORE, respondent respectfully requests that this Court grant an extension of time

25  to and including October 26, 2008, in which to file the answer or other responsive pleading.

26

27

28

App. for Ext. of Time to File Response - C 08-0007 RMW (PR)

1

1    Dated:  August 27, 2008

2                              Respectfully submitted,

3                              EDMUND G. BROWN JR.
                              Attorney General of the State of California

4                              DANE R. GILLETTE
                              Chief Assistant Attorney General

5                              GERALD A. ENGLER
6                              Senior Assistant Attorney General

                              PEGGY S. RUFFRA
7                              Supervising Deputy Attorney General

8
                              /s/ Arthur P. Beever
9                              ARTHUR P. BEEVER
                              Deputy Attorney General

10                             Attorneys for Respondent

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28