EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
ARTHUR P. BEEVER
Deputy Attorney General
State Bar No. 242040
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5865
 Fax: (415) 703-1234
 Email: arthur.beever@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **TIMOTHY WAYNE SMITH,**<br><br>Petitioner,<br><br>v.<br><br>**JAMES YATES, Warden,**<br><br>Respondent. | C 08-0007 RMW (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |

I, Arthur P. Beever, declare under penalty of perjury as follows:

1. I am a Deputy Attorney General for the State of California and am assigned to represent respondent in this habeas corpus case.

2. On April 28, 2008, this Court issued an Order to Show Cause why the petition for a writ of habeas corpus should not be granted. The California Attorney General's Office in San Francisco docketed the order on May 20, 2008.

3. I have received one prior extension of time for 60 days.

4. The Deputy Attorney General who was assigned to represent respondent in the state courts, David Baskind, is currently offline working on a capital case. I am unfamiliar with the case. I have ordered our records from our archives, and have received them. I have requested petitioner's

records from various state courts, and have received most of them. However, I am presently unable to begin working on this case because I am preparing the respondent's brief in *Gaines v. Scribner* (Ninth Circuit case number 07-17279). In the past 60 days, I filed responses in the previously assigned cases of *Lowe v. Walker* (C 08-005), *Nawabi v. Hartely* (C 08-1258), and *Washington v. Adams* (C 06-4802). I have three other previously assigned cases. Once I have completed working on those cases, I will devote substantially all of my time to working on this case.

5. I have not attempted to contact petitioner because he is an incarcerated state prisoner who is representing himself in this case.

6. Accordingly, I respectfully request that this Court grant an extension of time to and including October 26, 2008, in which to file a response to the order to show cause.

Dated: August 27, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Arthur P. Beever
ARTHUR P. BEEVER
Deputy Attorney General

Attorneys for Respondent