IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **TIMOTHY WAYNE SMITH,**<br><br>                           Petitioner,<br><br>    v.<br><br>**JAMES YATES, Warden**<br><br>                           Respondent. | C 08-0007 RMW (PR)<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE RESPONSE** |

      GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including October 26, 2008, to file a response to the petition for writ of habeas corpus.

      DATED: _____

                                                                       RONALD M. WHYTE<br>
                                                                       United States District Judge