## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Smith v. Yates**

No.:    **C 08-0007 RMW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004.

On <u>August 27, 2008</u>, I served the attached

**APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE**

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE**

**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE RESPONSE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Timothy Wayne Smith
C-71549
Pleasant Valley State Prison
B-2-249U
P. O. Box 8502
Coalinga, CA  93210-8502

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 27, 2008, at San Francisco, California.

| D. Desuyo | /s/ D. Desuyo |
|:---:|:---:|
| Declarant | Signature |

20136761.wpd