1
2
3                                                    ***E-FILED - 9/9/08***
4
5                      IN THE UNITED STATES DISTRICT COURT
6                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                              SAN JOSE DIVISION
8
   **TIMOTHY WAYNE SMITH,**                    C 08-0007 RMW (PR)
9
                                  Petitioner,   **ORDER GRANTING SECOND**
10                                              **EXTENSION OF TIME TO FILE**
                 **v.**                         **RESPONSE**
11
   **JAMES YATES, Warden**
12
                                 Respondent.
13
14
15          GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an
16   enlargement of time, to and including October 26, 2008, to file a response to the petition for writ
17   of habeas corpus.
18
19          DATED: ___9/9/08_____
20
21                                              _Ronald M. Whyte_____
22                                              RONALD M. WHYTE
                                                United States District Judge
23
24
25
26
27
28