*E-FILED - 12/8/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY WAYNE SMITH, | ) | No. C 08-0007 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| JAMES YATES, Warden, | ) | |
| Respondent. | ) | |

The court has dismissed the instant petition for writ of habeas corpus. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/7/09

RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\Smith0007jud.wpd